IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 APR 21 PM 5:04
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO LAMADRID CAMPUZANO,<br>aka ROBERTO LAMADRID-CAMPUZAN,<br>aka ROBERTO LAMIADRID-CAMPUZAN,<br><br>Defendant. | 8:25CR85<br><br>INDICTMENT<br>8 U.S.C. § 1326(a) & (b)(2) |

The Grand Jury charges that

## COUNT I
### REENTRY OF A REMOVED ALIEN AFTER HAVNIG BEEN CONVICTED OF AN AGGRAVATED FELONY

On or about April 10, 2025, in the District of Nebraska, the defendant, ROBERTO LAMADRID CAMPUZANO, aka ROBERTO LAMADRID-CAMPUZAN, aka ROBERTO LAMIADRID-CAMPUZAN, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States. It is further alleged that the defendant, ROBERTO LAMADRID CAMPUZANO, aka ROBERTO LAMADRID-CAMPUZAN, aka ROBERTO LAMIADRID-CAMPUZAN, was excluded, deported, and removed from the United States subsequent to August 1, 2006.

In violation of Title 8, United States Code, Section 1326(a), and subject to sentencing under Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SEAN P. LYNCH, #25275
Assistant U.S. Attorney